UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tina Cancar v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-20088-DRH |
| *Marjorie Charles-Ramos v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-20152-DRH |
| *Donna L. Praus v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-20009-DRH |
| *Lori A. Severs v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-20089-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 27, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,

ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

Date: October 30, 2014

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT

David R. Herndon
2014.10.30
11:55:37 -05'00'